1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Angelica D., | Case No.: 2:22-cv-7697-MEMF-SK |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))** |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | |
| Defendant. | |

    Based upon the Joint Motion for Attorney's fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)), The Court **GRANTS** the parties' joint motion and awards attorney's fees in the amount of $5,000.00.

    **IT IS SO ORDERED**.

DATED: 5/16/2023

HON. STEVE KIM
U.S. MAGISTRATE JUDGE